UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. MILNER,<br>REBECCA L. GUSHLAW, Individually and as Natural Parent, Next Friend and Guardian of JASMINE M. JOHNSON (minor),<br>PRESTON E. JOHNSON (minor),<br>TREVOR A. JOHNSON (minor), and<br>COLBEY J. JOHNSON (minor); and<br>REBECCA L. GUSHLAW, and<br>JUDITH GUSHLAW, as Co-Administrators of the Estate of ELDRICK L. JOHNSON,<br><br>Defendants. | CA 07 126 ML<br><br>CIVIL ACTION NO. |

**COMPLAINT FOR DECLARATORY RELIEF**

I. PRELIMINARY STATEMENT

1. This is a complaint for declaratory relief and seeks a determination of the rights and responsibilities of the parties under a certain contract of insurance.

II. THE PARTIES

2. The Standard Fire Insurance Company ("Standard Fire") is a corporation incorporated in Connecticut, maintains a principal place of business at One Tower Square, Hartford, CT 06183, and was duly authorized to issue contracts of insurance in the State of Rhode Island for all material times hereto.

3. William J. Milner is a natural person, resides at 4 Chiswick Road, Smithfield, Rhode Island, and is a citizen of Rhode Island.



633280v1

4. Rebecca L. Gushlaw is a natural person, resides at 29 North Main Street, Westerly, Rhode Island, and is a citizen of Rhode Island. On information and belief, Rebecca L. Gushlaw is the mother of minor plaintiffs Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson, all of whom are citizens of Rhode Island, and all of whom reside with their mother Rebecca L. Gushlaw in Westerly, RI.

5. Judith Gushlaw is a natural person, resides at 3980 County Trail, Charlestown, Rhode Island, and is a citizen of Rhode Island. On information and belief, Judith Gushlaw is the grandmother of the minor plaintiffs.

## III. JURISDICTION

6. This Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 because there is complete diversity of citizenship and the matter in dispute is in excess of $75,000.00. This Court may issue a declaratory judgment pursuant to the provisions of 28 U.S.C. § 2201.

## IV. STATEMENT OF THE CLAIM

### A. The Contract of Insurance

7. Standard Fire issued Homeowners Policy Number 947388690 633 1 to William J. & Linda K. Milner with a policy period of August 4, 2005 to August 4, 2006 (the "policy"). The policy provides, in pertinent part, as follows:

**Homeowners 3 Special Form (HO-3 (06-91))**

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

Throughout this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse, if a resident of the same household, and "we", "us" and

"our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

* * * *

2. **"bodily injury"** means bodily harm, sickness or disease, including required care, loss of services and death that results.

* * * *

4. **"insured"** means you and the following residents of your household:

   **a.** your relatives;

   **b.** any other person under the age of 21 who is in the care of any person named above.

* * * *

Under Section II, **"insured"** also means:

* * * *

   **d.** with respect to any vehicle to which this policy applies:

      **(1)** persons while engaged in your employ or that of any person included in **4.a.** or **4.b.** above; or

      **(2)** other persons using the vehicle on an **insured location** with your consent.

* * * *

6. **"occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions which results, during the policy period, in:

   **a.** **bodily injury**; or

   **b.** **property damage**.

* * * *

**SECTION II – LIABILITY COVERAGES**

**COVERAGE E – PERSONAL LIABILITY**

If a claim is made or a suit is brought against any **insured** for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, even if the claim or suit is false, we will:

**a.** Pay up to our limit of liability for the damages for which the **insured** is legally liable. Damages include prejudgment interest awarded against the **insured**; and

**b.** provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the occurrence equals our limit of liability.

**SECTION II – EXCLUSIONS**

**1.** **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage**:

* * * *

**f.** arising out of:

**(1)** the ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to any **insured**;

**(2)** the entrustment by any **insured** of a motor vehicle or any other motorized land conveyance to any person; or

**(3)** vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

* * * *

8. The policy contained Form HA-300 RI (10-04) which provides, in pertinent part, as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SPECIAL PROVISIONS – RHODE ISLAND**

* * * *

**SECTION II – LIABILITY COVERAGES**

Under **COVERAGE E – Personal Liability**, item a. is deleted and replaced by the following in all Forms:

**a.** Pay up to our limit of liability for the damages for which the **insured** is legally liable, and,

* * * *

9. The policy contained Form 58064 (06-99) which provides, in pertinent part, as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VALUE ADDED PACKAGE

For an additional premium, we agree to provide the following coverages:

* * * *

**SECTION II – LIABILITY COVERAGES**
**COVERAGE E – PERSONAL LIABILITY**

This section is deleted and the following is substituted:

If a claim is made or a suit is brought against any **insured** for damages because of **bodily injury**, **personal injury** or **property damage** caused by an **occurrence** to which this coverage applies, we will:

**a.** Pay up to our limit of liability for the damages for which the **insured** is legally liable. Damages include prejudgment interest awarded against the **insured**; and

**b.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the **occurrence** equals our limit of liability.

* * * *

A copy of the policy and endorsements is attached hereto as Exhibit "1" and incorporated herein.

B. Statement of the Facts

10. On August 13, 2005, Matthew J. Milner, decedent son of defendant, William J. Milner, was operating a motor vehicle owned by defendant, William J. Milner, on Route 102 in the towns of Gloucester and Scituate, Rhode Island.

11. On August 13, 2005, Matthew Milner was operating the motor vehicle with the express permission of the owner, defendant, William J. Milner.

12. While operating said vehicle on August 13, 2005, Matthew Milner collided with a motor vehicle operated by Eldrick L. Johnson.

13. Matthew Milner and Eldrick Johnson both died as a result of injuries suffered in the motor vehicle accident.

V. <u>COUNTS FOR DECLARATORY RELIEF</u>

14. Standard Fire restates and reavers Paragraphs 1 through 13 as stated above as if fully set forth herein.

15. The legal rights and responsibilities of Standard Fire, William Milner, Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) are controlled by the terms and conditions of the contract of insurance.

16. Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and/or the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of the ownership, maintenance or use of a motor vehicle owned by the insured.

17. Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson and/or the

minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of the entrustment by any insured of a motor vehicle to any other person.

18. Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson and/or the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of vicarious liability for the actions of a child or minor operating a motor vehicle, and for bodily injury arising out of vicarious liability for the actions of a child or minor to whom the insured entrusted a motor vehicle.

## VI. PRAYERS FOR RELIEF

WHEREFORE, Standard Fire requests that this Court order and declare as follows:

(a) that the legal rights and responsibilities of Standard Fire, William Milner, Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) are controlled by the terms and conditions of the contract of insurance;

(b) that Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and/or the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of the ownership, maintenance or use of a motor vehicle owned by the insured;

(c) that Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and/or the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of the entrustment by any insured of a motor vehicle to any other person;

(d) that Standard Fire owes no duty of defense or indemnification to William Milner for any damages to Rebecca Gushlaw, Judith Gushlaw, the Estate of Eldrick L. Johnson, and/or the minor children of decedent Eldrick Johnson (Jasmine Johnson, Preston Johnson, Trevor Johnson, and Colbey Johnson) pursuant to policy number 947388690 633 1, because the policy excludes coverage for bodily injury arising out of vicarious liability for the actions of a child or minor operating a motor vehicle, and for bodily injury arising out of vicarious liability for the actions of a child or minor to whom the insured entrusted a motor vehicle;

(e) any other relief that the Court deems meet and just.

**JURY CLAIM**

The plaintiff, The Standard Fire Insurance Company, demands a trial by jury on all issues so triable.

Respectfully submitted,
THE STANDARD FIRE INSURANCE COMPANY,
By its attorneys,

John P. Graceffa, # 5201
Paul Sullivan, # 5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
e-mail: jgraceffa@morrisonmahoney.com
e-mail: pvsullivan@morrisonmahoney.com