Declarations

TRAVELERS

# HOMEOWNERS POLICY

**Named Insured**

WILLIAM J & LINDA K MILNER
[redacted]

**Your Agency's Name and Address**

WENTWORTH-DEANGELIS INC
PO BOX 1068
FARMINGTON, CT 06034

**Your Policy Number:** [redacted]
**Your Account Number:** [redacted]

**For Policy Service Call:** (860) 676-3073
**For Claim Service Call:** 1-800-CLAIM33

**Policy Period**
FROM: 08-04-05 To: 08-04-06 12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
4 CHISWICK RD
GREENVILLE RI 02828

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - DWELLING | $ 291,000 | $ 767.00 |
| B - OTHER STRUCTURES | 29,100 | INCL |
| C - PERSONAL PROPERTY | 203,700 | INCL |
| D - LOSS OF USE | 87,300 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - PERSONAL LIABILITY (BODILY INJURY AND PROPERTY DAMAGE) EACH OCCURRENCE | $ 100,000 | INCL |
| F - MEDICAL PAYMENTS TO OTHERS- EACH PERSON | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | | |
|---|---|---|---|---|
| HO-3 | (06-91) | Homeowners 3 Special Form | | |
| HA-300 RI | (10-04) | Special Provisions | | |
| HO-828 | (12-02) | Limited Fungi, Other Microbes or Rot Remediation | | |
| | | Section I - Property Coverage | $10,000 | |
| | | Section II - Aggregate Sublimit | $50,000 | |
| 58064 | (06-99) | Value Added Package | | $ 149.00 |

**Total Premium** $ 916.00

**Your Premium Reflects the Following Credits or State Surcharges**

| | |
|---|---|
| Security Credit | -163.00 |
| Loss Free Credit | -107.00 |
| Renewal Credit | -48.00 |

"Congratulations -- your premium reflects our loss free rates INCL"

Continued on next page

**Policy Deductible:** $ 250.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

**First Mortgagee**

FLEET BANK
ISAOA/ATIMA
PO BOX 3092
UTICA NY 13599

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Your Information**

You should be aware that this policy does not provide for loss caused by an earthquake. However, earthquake insurance is available as an optional coverage for an additional premium. Please contact your Travelers insurance representative if you are interested in this coverage.

Coverage for your home has been increased by 9.0% to more adequately reflect the cost to rebuild your home. This adjustment was based on information provided by Marshall & Swift/Boeckh, an independent firm specializing in construction and consumer costs. If you need to adjust your limits further, or for any other policy changes, please contact your insurance representative.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions HO-3 (06-91) and any attached endorsements form your Homeowners Insurance Policy. Please keep them with your policy for future reference.

This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described in the Declarations Page. It is a full, true and complete reproduction of the insurance policy. No insurance is afforded hereunder.

Signature: Nancy A. LaCroix Date: 12-19-06