UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE CO. | : | |
| | : | |
| -vs.- | : | C.A. NO.: PC07-126 ML |
| | : | |
| WILLIAM J. MILNER; et. al. | : | |

**ANSWER OF DEFENDANT REBECCA L. GUSHLAW, INDIVIDUALLY AND AS NATURAL PARENT AND GUARDIAN OF JASMINE M. JOHNSON, PRESTON E. JOHNSON, TREVOR A. JOHNSON, COLBEY J. JOHNSON TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**

**COUNT I**
**NEGLIGENCE OF MATTHEW J. MILNER AND WILLIAM J. MILNER**

1. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), is without knowledge or information sufficient to form a belief as to the allegations alleged in Paragraph 1 of the Preliminary Statement in Count 1 of Plaintiff's Complaint for Declaratory Relief.

**COUNT II**
**NEGLIGENCE OF WILLIAM J. MILNER**

2. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny, and as well, are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Count II in Plaintiff's Complaint for Declaratory Relief, but leaves the Plaintiff to its burden of proof.

3. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny, and as well, are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Count II in Plaintiff's Complaint for Declaratory Relief, but leaves the Plaintiff to its burden of proof.

4. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), admits the allegations contained in Paragraph 4 of Count II in Plaintiff's Complaint for Declaratory Relief.

5. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), admits the allegations contained in Paragraph 5 of Count II in Plaintiff's Complaint for Declaratory Relief.

**COUNT III**
**NEGLIGENCE OF WILLIAM J. MILNER**

6. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny the allegations contained in Paragraph 6 of Count III in Plaintiff's Complaint for Declaratory Relief, but leave the Plaintiff to its burden of proof.

**COUNT IV**
**CLAIM AGAINST ALLSTATE INSURANCE COMPANY**

7. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 7 of Count IV in Plaintiff's Complaint for Declaratory Relief.

8. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 8 of Count IV in Plaintiff's Complaint for Declaratory Relief.

9. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 9 of Count IV in Plaintiff's Complaint for Declaratory Relief.

10. Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny the allegations contained in Paragraph 10 of Count IV in Plaintiff's Complaint for Declaratory Relief, but leave the Plaintiff to its burden of proof.

11. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny the allegations contained in Paragraph 11 of Count IV in Plaintiff's Complaint for Declaratory Relief, but leave the Plaintiff to its burden of proof.

12. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), admits the allegations alleged in Paragraph 12 of Count IV in Plaintiff's Complaint for Declaratory Relief.

13. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), admits the allegations alleged in Paragraph 13 of Count IV in Plaintiff's Complaint for Declaratory Relief.

## COUNT V
## NEGLIGENCE OF JOHN DOE

14. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), can neither admit nor deny the allegations contained in Paragraph 14 of Count V in Plaintiff's Complaint for Declaratory Relief, but leave the Plaintiff to its burden of proof.

15. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 15 of Count V in Plaintiff's Complaint for Declaratory Relief.

16. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 16 of Count V in Plaintiff's Complaint for Declaratory Relief.

17. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 17 of Count V in Plaintiff's Complaint for Declaratory Relief.

18. Defendant Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), denies the allegations contained in Paragraph 18 of Count V in Plaintiff's Complaint for Declaratory Relief.

WHEREFORE, the Defendant demands that the Plaintiff's Complaint for Declaratory Relief be denied and dismissed with prejudice, and that the Defendant be awarded her costs and attorneys' fees.

## AFFIRMATIVE DEFENSES

1. The Plaintiff fails to state a claim upon which relief can be granted.

## JURY TRIAL DEMAND

The Defendant requests a trial by jury, and designate Donna M. Di Donato as trial counsel.

Defendant Rebecca L. Gushlaw
Individually and as Natural Parent
Next Friend and Guardian of
Jasmine M. Johnson (minor), Preston
E. Johnson (minor), Trevor A. Johnson
(minor), Colbey J. Johnson (minor)

By her Attorneys

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel. (401) 272-1110
Fax (401) 351-6641

/s/Donna M. Di Donato
Donna M. Di Donato Bar #3078

## CERTIFICATION

I, Donna M. Di Donato, hereby certify that the Defendant's Answer to the Plaintiff's Complaint for Declaratory Relief has been filed electronically on June 26, 2007. It is available for viewing and downloading from the ECF system. In addition, a copy of the Defendant's Answer to the Plaintiff's Complaint for Declaratory Relief has been sent by regular mail to the following:

Peter A. Clarkin, Esq.
McKenney, Quigley, Izzo & Clarkin
The Irons & Russell Building
95 Chestnut Street
Providence, RI 02903

Paul V. Sullivan, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/Donna M. Di Donato