UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE CO.

VS. C.A. NO: PC07-126ML

WILLIAM J. MILNER, ET AL

**ANSWER OF DEFENDANT WILLIAM J. MILNER TO COMPLAINT FOR DECLARATORY JUDGMENT**

## I. PRELIMINARY STATEMENT

1. Admitted.

## II. THE PARITES

2. Admitted
3. Admitted
4. Admitted.
5. Admitted.

## III. JURISDICTION

6. Admitted.

## IV. STATEMENT OF CLAIM

7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.

## V. COUNTS FOR DECLARATORY RELIEF

14. The defendant, William J. Milner, repeats and incorporates his responses to paragraphs One through Thirteen as if sully set forth herein.
15. Denied to the extent that the legal rights and responsibilities of the parties are denied by both the Terms and Conditions of the Contract of Insurance and the General Laws of the State of Rhode Island.
16. This paragraph sets forth a legal conclusion to which no response is required.
17. This paragraph sets forth a legal conclusion to which no response is required.
18. This paragraph sets forth a legal conclusion to which no response is required.

WHEREFORE, the defendant, William J. Milner, requests that this Court deny and dismiss the Complaint for Declaratory Relief.

Defendant, William J. Milner,
By His Attorneys,

Peter A. Clarkin, #3064
McKenney, Quigley, Izzo & Clarkin
The Irons & Russell Building
95 Chestnut Street
Providence, RI 02903
(401) 490-2650

## CERTIFICATION

I hereby certify that the Defendant's Answer to the Plaintiff's Complaint for Declaratory Relief was mailed to Donna DiDonato, Esq., Decof & Decof, P.C., One Smith Hill, Providence, Rhode Island 02903 and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP., 121 South Main Street, Suite 600, Providence, Rhode Island 02902 on July 17, 2007