UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE CO. :
:
-vs.- : C.A. NO.: PC07-126 ML
:
WILLIAM J. MILNER; et. al. :

**DEFENDANTS REBECCA L. GUSHLAW AND JUDITH GUSHLAW'S STATEMENT FOR THE PRETRIAL CONFERENCE**

This is a case involving a fatal motor vehicle accident which occurred on August 13, 2005. On August 26, 2005, a case was filed for the underlying motor vehicle accident in the Rhode Island Superior Court (Providence County). The Superior Court case name is *Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend and Guardian of Jasmine M. Johnson, Preston E. Johnson, Trevor A. Johnson and Colbey J. Johnson, Minors; Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson vs. William J. Milner; Allstate Insurance Company; and John Doe* (Court File No.: PC 05-4468).

On August 13, 2005, Matthew Milner, then 20 years of age, was driving a car owned by his father. Matthew Milner lived at home with his parents and siblings in Greenville, Rhode Island. Upon information and belief, it is understood that William Milner, Matthew's father, paid for the insurance on the subject matter motor vehicle.

After attending various locations on the night in question, including one in which he consumed alcohol, Matthew Milner got behind the wheel of his car in an intoxicated state, drove at excessive rates of speed, and plowed into the vehicle being driven by Eldrick Johnson, husband of Rebecca Gushlaw and father of four children ranging in ages from seven months to six years old. Eldrick Johnson was in extremely serious condition at the

time the police and medical personnel arrived on the scene. He died, unfortunately before leaving the scene of the accident. Matthew Milner also died at the scene.

Originally, the claims avered against the defendants in the Superior Court action were the negligence of Matthew Milner in the operation of the motor vehicle he was driving. The negligence against Matthew Milner was also imputed to the owner of the vehicle, his father, William Milner. Allstate Insurance Company is the insurer of the motor vehicle Matthew Milner was driving at the time of this fatality.

As the information and evidence have unveiled in this case, at the time of this subject matter accident, Matthew Milner's license to operate a motor vehicle in the State of Rhode Island had been suspended. On the night in question, he was driving on a suspended license. After deposing Mr. William Milner, the Plaintiffs' Complaint in the Superior Court was amended to add an additional count of negligence directly against Mr. Milner for his negligence in allowing his son to drive at all. With regard to this claim of negligence, the insurance policy which is being sought is that of Mr. Milner's homeowner's policy with Traveler's Insurance Company.

Traveler's Insurance Company has retained coverage counsel to pursue this present Declaratory Judgment action in the Federal Court.

Defendants Rebecca L. Gushlaw and
Judith Gushlaw, as Co-Administrators
of the Estate of Eldrick L. Johnson

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel. (401) 272-1110
Fax (401) 351-6641

/s/Donna M. Di Donato
Donna M. Di Donato Bar #3078

**CERTIFICATION**

I, Donna M. Di Donato, hereby certify that Defendants' Statement for the Pretrial Conference has been filed electronically on July 25, 2007. It is available for viewing and downloading from the ECF system. In addition, a copy of the Defendants' Statement for the Pretrial Conference has been sent by regular mail to the following:

Peter A. Clarkin, Esq.
McKenney, Quigley, Izzo & Clarkin
The Irons & Russell Building
95 Chestnut Street
Providence, RI 02903

Paul V. Sullivan, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/Donna M. Di Donato

Gushlaw-Federal P064