# EXHIBIT 4:
# Homeowners policy (HA-300 (RI 10-04))

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS - RHODE ISLAND

## DEFINITIONS

The following definition is added:

**10.** **"fuel system"** means:

**a.** One or more containers, tanks or vessels which have a total combined fuel storage capacity of 100 or more U.S. gallons; and:

**(1)** Are, or were, used to hold fuel; and

**(2)** Are, or were, located on any one location;

**b.** Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in Paragraph **a.**;

**c.** Filler pipes and flues connected to one or more containers, tanks or vessels described in Paragraph **a.**;

**d.** A boiler, furnace or a water heater, the fuel for which is stored in a container, tank or vessel described in Paragraph **a.**;

**e.** Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in Paragraph **a.**; or

**f.** A structure that is specifically designed and built to hold escaped or released fuel from one or more containers, tanks or vessels described in Paragraph **a.**

A **fuel system** does not include any fuel tanks that are permanently affixed to a motor vehicle or watercraft owned by an **insured**, used for powering the motor vehicle or watercraft and not used at any time or in any manner for **business.**

## SECTION I - PROPERTY COVERAGES

## COVERAGE C - PERSONAL PROPERTY

### SPECIAL LIMITS OF LIABILITY

Items **8.** and **9.** are deleted and replaced by the following:

**8.** 5,000 on property, on the **residence premises** used at any time or in any manner for any **business** purpose.

**9.** $1,000 on property away from the **residence premises** used at any time or in any manner for any **business** purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in special limits **10.** and **11.** below.

## ADDITIONAL COVERAGES

**8.** **Collapse** is deleted and replaced by the following:

**8.** **Collapse**

**a.** With respect to this Additional Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** Perils Insured Against in Coverage C - Personal Property. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

**(2)** Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above unless the loss is a direct result of the collapse of a building or any part of a building.

The following additional coverage is added: (Forms **HO-2** and **HO-3** only)

- **Ordinance or Law.**

  **a.** You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

  **(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

  **(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

  **(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

  **b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

  **c.** We do not cover:

  **(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

  **(2)** The costs to comply with any ordinance or law which requires any **insured** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

  Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalies, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**SECTION I - CONDITIONS**

**3. Loss Settlement.** In forms **HO-2** and **HO-3** only, paragraph **c.(4)** is deleted and replaced by the following:

**(4)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair is complete, we will settle the loss according to the provisions of **c. (1)** and **c. (2)** above.

However, if the cost to repair or replace is less than $2,500 we will settle the loss according to the provisions of **c. (1)** and **(2)** above, whether or not actual repair or replacement is complete.

**7. Other Insurance.** In Form **HA-6** only, is deleted and replaced by the following:

**7. Other Insurance and Service Agreement.**

**a.** If a loss covered by this policy is also covered by:

**(1)** Other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**(2)** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

b. If, at the time of loss, there is other insurance or a service agreement in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance or service agreement.

8. **Suit Against Us** is deleted and replaced by the following:

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within two years after the date of loss.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of a loss and:

   a. Reach an agreement with you

   b. There is an entry of a final judgment; or

   c. There is a filing of an appraisal award with us.

The following condition is added:

**Vacancy.** We shall not be liable for loss caused by fire or lightning occurring while a described building is vacant whether intended for occupancy by owner or tenant beyond a period of 30 consecutive days subsequent to the date on which an order is issued by the local building inspector pursuant to 23-27.3-124 of the general laws as amended.

**SECTION II - LIABILITY COVERAGES**

Under **COVERAGE E - Personal Liability**, item **a.** is deleted and replaced by the following in all Forms:

a. Pay up to our limit of liability for the damages for which the **insured** is legally liable, and,

**SECTION II - EXCLUSIONS**

1. **Coverage E – Personal Liability and Coverage F – Medical Payments to Others**: The following item is added:

   - arising out of, resulting from, caused by or contributed to by the escape or release of fuel from a **fuel system**. This exclusion applies, but is not limited to:

     (1) Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

     (2) Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such **bodily injury** or **property damage**, damages, loss, cost, payment or expense; or

     (3) Any request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of fuel in any form.

     However, this exclusion does not apply to **bodily injury** or **property damage** arising out of fire or explosion that results from such escaped or released fuel.

**SECTION II - ADDITIONAL COVERAGES**

Under **1. Claim Expenses**, the following is added:

e. (1) Prejudgment interest awarded against the **insured** on the entire judgment if we reject a written settlement offer by the plaintiff that is equal to or less than the applicable limit of liability in this policy; or

   (2) If **(1)** above does not apply, prejudgment interest awarded against the **insured** on that part of the judgment we pay.

The following additional coverage is added:

5. **Property Damage Coverage For Military Personnel and Federal Government Employees:**

   If an **insured** is:

   a. A United States Government Employee; or

   b. Member of the United States Military,

   We agree to pay for **property damage** to United States government property, for which such **insured** is responsible under applicable rules or regulations.

   Payment for such **property damage** will be at replacement cost. Under this endorsement "replacement cost" is defined as the amount necessary to repair or replace the damaged property with no deduction for depreciation, subject to the Limit of Liability for this additional coverage.

   Our Limit of Liability, per **occurrence**, under this additional coverage for all damages resulting from any one **occurrence** shall not exceed two months basic pay for the **insured**, as of the time of the **occurrence**.

   We will not pay for **property damage** to:

   a. Aircraft;

b. Motor vehicles, including vehicles not designed for travel on public roads or subject to registration;

c. Watercraft; or

d. Weapons.

We will not pay for **property damage**:

a. To the extent of any amount payable under Section I of this policy; or

b. Caused intentionally by any **insured** who is 13 years of age or older.

**SECTION II - CONDITIONS**

The following condition is added:

9. **Direct Liability Of Insurers**

We will be directly liable for those sums the **insured** becomes legally obligated to pay as damages to the injured party to which this insurance applies. In the event of that injured party's death, we will be directly liable for those sums the **insured** becomes legally obligated to pay as damages to the party entitled to sue as a result of the injured party's death, and to which this insurance applies.

**SECTION I AND SECTION II - CONDITIONS**

4. **Cancellation.** Paragraphs **a.** and **b.** are deleted and replaced by the following:

a. You may cancel this policy at any time by returning it to us or by letting us or our agent who issued the policy know in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed via first class mail to you at your last address known to us. If the notice is mailed, we will maintain proof of mailing of the notice to you. This proof of mailing shall be sufficient proof of notice.

Such notice will also be delivered or mailed via first class mail to any mortgagee, or any person other than the named insured, named in the policy, at the last address known by us. If the notice is mailed, we will maintain proof of mailing of the notice to you. This proof of mailing shall be sufficient proof of notice.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 30 days before the date cancellation takes effect.

Subparagraph **(1)**, of Paragraph **b.** remain unchanged.

The following is added to Subparagraphs **(2)**, **(3)** and **(4)** of Paragraph **b.**:

However, if any one of the following conditions exist at any building that is covered in this policy, we may cancel this policy by letting you know at least 10 days before the date cancellation takes effect.

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a covered peril, permanent repairs to the building;

**(a)** Have not started; and

**(b)** Have not been contracted for;

within 60 days of payment of loss.

**(3)** The building has:

**(a)** An outstanding order to vacate;

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 120 consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owed and have been outstanding for more than two years following the date due, except that this provi-

sion will not apply where you are in a bona fide dispute with taxing authority regarding payment of such taxes.

5. **NON-RENEWAL** is deleted and replaced by the following:

5. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you by first class mail at your last address known to us, written notice, at least 30 days before the expiration date of this policy. If notice is mailed, we will maintain proof of mailing of the notice to the insured. This proof of mailing will be sufficient proof of notice.

   Such notice will also be delivered or mailed to any mortgagee, or any person other than the named insured, named in the policy, at the last address known to us. If mailed, the notice will be sent via first class mail.

   We will maintain proof of mailing. This proof of mailing will be sufficient proof of notice.

7. **Subrogation.**

   The following is added to this condition:

   When we or our agents recover payment on a loss from a third party through subrogation, we must first pay the **insured** the deductible portion of the casualty loss, less the prorated share of subrogation expenses and thereafter retain any funds in excess of the deductible portion of the recovery.

9. **PREMIUM.**

   The following sentence is added:

   Any return premium less than $2.00, as a result of a policy change or cancellation, will not be returned unless requested by the **insured.**

All other provisions of this policy apply.