# EXHIBIT 5:
# William Milner Deposition

BOSTON CLAIM JAN 26 2007

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

REBECCA L. GUSHLAW, et al.

v. CA. NO. PC05-4468

WILLIAM J. MILNER; ALLSTATE INSURANCE COMPANY; and JOHN DOE

**DEPOSITION OF WILLIAM J. MILNER**, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, at the offices of Decof & Decof, One Smith Hill, Providence, Rhode Island, on September 12, 2006, before Frances D. Young, Notary Public, convening at 9:28 a.m.

**APPEARANCES:**

Decof & Decof
BY: Attorney Donna M. Di Donato
Counsel for the Plaintiffs

McKenney, Jeffrey & Quigley
BY: Attorney Peter A. Clarkin
Counsel for the Defendants

COPY

FRANCES D. YOUNG
Court Stenographer

it sounds like.

A. Judge Rodgers.

Q. All right. And you think that was in 1990?

A. It was thereabouts. It was '90, '91, in that area.

Q. Do you have a copy of your transcript from that case?

A. No, I don't.

Q. Do you know who the plaintiff's attorney was?

A. Yes, it was -- the firm was Resmini.

Q. Okay. Do you know which attorney from there? Was it Ron Resmini or one of the associates?

A. I think it was an associate. I'm not sure.

Q. Do you remember the plaintiff's name?

A. Not right now.

Q. What is your present residential address?

A. 4 Chiswick Road, Greenville, Rhode Island.

Q. How long have you lived there?

A. Twenty-three years.

Q. Who do you presently live there with?

A. My wife Linda.

Q. Same last name?

A. Yes. My daughter Kelly, my daughter -- my son Michael.

Q. And the names and ages of Kelly -- I'm sorry,

A. No.
Q. And you said that he started working there in March?
A. April.
Q. April. And the times that he worked, since it was full time was it a Monday-to-Friday job or did it vary?
A. It was Monday to Friday. I don't think -- there may have been a few Saturdays, but it was mostly Monday to Friday. It was mostly, I think, like a ten or twelve to eight o'clock routine, Monday through Thursday, and then maybe a half day on Friday.
Q. And did he typically go to the business location or was it something he went out to service clients at their homes or businesses?
A. No, he typically went to the business location where I described.
Q. Did he obtain any other certifications or degrees after high school --
A. No.
Q. -- particularly in his field of mortgages?
A. No.
Q. While -- once he graduated from high school he

continued to live with you, correct?
A. Yes, he always lived with us.
Q. And his residence remained that way up until the day he died?
A. Yes.
Q. Was there a particular car of your family household that was designated for him or considered Matt's car?
A. Yes, it was the car he was driving at the time of the accident.
Q. That was a 2003 Honda Civic?
A. Yes.
Q. Was that car bought new?
A. Yes, it was.
Q. By whom?
A. It's registered to me, but Matthew was the primary on the loan. I was the co-signor on the loan, but it was registered in my name.
Q. Okay. What was the loan company's name?
A. It was Honda Financial, I guess.
Q. And at the time of the accident was the car paid off?
A. No, it was not.
Q. The insurance on the car, that was through