# EXHIBIT 6:
# Police report from auto accident (p 1. only)

# STATE OF RHODE ISLAND UNIFORM ACCIDENT REPORT

| Field | Value |
|---|---|
| Reporting Agency | Rhode Island State Police Headquarters |
| Type of Collision (i.e. Car - Car) | CAR/CAR |
| Report Number | 05RIX3-344-AC |
| Walk In | ☐ |
| Accident Date | 08/13/2005 |
| Day of the Week | Saturday |
| Military Time | 0130 |
| Posted Speed | 40 |
| Total Units Involved | 3 |
| Route | |
| City/Town | SCITUATE |
| Name of Street or Highway | PLAINFIELD PKE |
| # of Lanes | |
| Intersection With | |
| Distance (From Nearest Intersecting St) | 100 ☒ Feet ☐ Miles |
| Direction (From Nearest Intersecting St) | N (S) E W |
| Nearest Intersecting Street/Landmark | RTE 102 SOUTH / RTE 14 WEST MERGE |

BOSTON CLAIM JAN 26 2007

Margin codes: 1: 1; 2: 1; 3: 2; 4: 1; 5: 1; 6: 2; 7: 1; 8: 2; 9: 5; 10a: ; 10b: ; 11a: 1; 11b: 1; 12a: 99; 12b: 99; 13a: ; 13b: ; 14a: ; 14b:

## DRIVER / OWNER / VEHICLE

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Unit Number | 1 | 2 |
| Unit Type | 1 - 2 Door | 5 - Van |
| Operator's Last Name | MILNER | JOHNSON |
| First | MATTHEW | ELDRICK |
| M.I. | J | L |
| Street/Mailing Address | 4 CHISWICK RD | 29 NORTH MAIN ST |
| City/Town | SMITHFIELD | BRADFORD |
| State | RI | RI |
| Zip | 02896 | 02808 |
| Telephone | | |
| DOB | 01/28/1985 | 07/08/1969 |
| Sex | M | M |
| License Number | Redacted | Redacted |
| State | RI | RI |
| CDL | ☐ | ☐ |
| Class | | |
| Restrictions | | |
| Owner's Last Name | MILNER | JOHNSON |
| First | WILLIAM | ELDRICK |
| M.I. | J | L |
| Street/Mailing Address | 4 CHISWICK RD | 29 NORTH MAIN ST |
| City/Town | SMITHFIELD | BRADFORD |
| State | RI | RI |
| Zip | 02828 | 02808 |
| Telephone | | |
| Insurance Co. | PENDING | PROGRESSIVE |
| Policy No. | PENDING | 52793348-0 |
| Registration No. | 61356 | ET473 |
| State | RI | RI |
| VIN | SHHEP33533U406997 | 2B4GH2533SR393746 |
| Vehicle Yr. | 2003 | 1995 |
| Make | HONDA | DODGE |
| Color | BLK | WHI |
| Plate Type | PC | PC |
| # Air Bags Deployed | 2 | 2 |
| Air Bags | ☒ Front ☐ Side | ☒ Front ☐ Side |
| Direction of Travel | N (S) E W | (N) S E W |
| Damage diagram | 1, 2, 3, 4, 5, 6, 7, 8, 9 (Top), 10 (Bottom) | 1, 2, 3, 4, 5, 6, 7, 8, 9 (Top), 10 (Bottom) |
| Towed By | KNOX'S TOWING | KNOX'S TOWING |
| Damage Estimate | ☐ None ☐ <$1000 ☒ >$1000 | ☐ None ☐ <$1000 ☒ >$1000 |

## TRAILER

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Trailer Reg. No. | | |
| State | | |
| Make | | |
| VIN | | |
| Towed By | | |

## Non-Vehicle Property Damage

| Owner | Address | Phone | Damage Description |
|---|---|---|---|
| | | | |

PLAINTIFF'S EXHIBIT 2 1/30/06 [signature]

## Name all Persons Involved (Occupants - Witnesses - Pedestrians)

| Name | Unit # | Sex | DOB | Seat | Eject | Belt | Injury | Helmet |
|---|---|---|---|---|---|---|---|---|
| MATTHEW J MILNER (Operator) | 1 | M | 01/28/85 | 1 | Y | 5 | 4 | N |
| ELDRICK L JOHNSON (Operator) | 2 | M | 07/08/69 | 1 | N | 3 | 1 | N |
| CHRISTOPHER SHARDLOW (Witness) | 3 | M | Redacted | | | | | |

| Reporting Officer | Badge No. | Date of Report |
|---|---|---|
| TROOPER SCOTT HARTWELL | 66 | 08/13/2005 |