UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>-vs.-<br><br>WILLIAM J. MILNER,<br>REBECCA L. GUSHLAW, Individually and as Natural Parent, Next Friend and Guardian of<br>JASMINE M. JOHNSON (minor),<br>PRESTON E. JOHNSON (minor),<br>TREVOR A. JOHNSON (minor),<br>COLBEY J. JOHNSON (minor),<br>REBECCA L. GUSHLAW, and<br>JUDITH GUSHLAW, as Co-Administrators of the Estate of ELDRICK L. JOHNSON<br><br>Defendants | C.A. NO.: PC07-126 ML |

**DEFENDANTS REBECCA L. GUSHLAW, ET ALS AND JUDITH GUSHLAW'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson, object to Plaintiff The Standard Fire Insurance Company's Motion for Summary Judgment, and provide a Memorandum in support of this Objection.

Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson

By their Attorneys

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel. (401) 272-1110
Fax (401) 351-6641

/s/Donna M. Di Donato
Donna M. Di Donato Bar #3078

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States Court for its distribution to all counsel of record this 20th day of November, 2007.

/s/Donna M. Di Donato