# Exhibit "B"

## Rhode Island State Police
## Narrative of Detective Doucet

**Follow-Up Investigation:**

Detectives learned that the deceased Mr. Johnson was a member of a musical band, and that the band had played at Lucky's Pizza on Route 6 in Foster, RI, on the night preceding the accident. Sgt. Delprete contacted and spoke with Mr. John Erkan, a member of Mr. Johnson's band, who stated that Mr. Johnson had left Lucky's at approximately 12:50 am, and to the best of his knowledge, was returning to his home in Westerly. Mr. Erkan did not know the route Mr. Johnson was going to take, and was unable to say why he was traveling north on Chopmist Hill Road. Mr. Erkan stated that he did observe Mr. Johnson have one beer at some point in the evening, but stated that Mr. Johnson subsequently switched to having ice water.

On Saturday morning (8-13-05), Sgt. DelPrete contacted Matthew Milner's father, William J. Milner, and requested information regarding the whereabouts of Matthew in the hours leading up to the time of the accident. Mr. Milner was unable to speak at that time, but promised to call later in the day. Sgt. Delprete left a voice message at the Milner residence again on Sunday morning, which was returned by Attorney John Harwood. Mr. Harwood advised Sgt. DelPrete that he was representing the Milner family, and would attempt to obtain the requested information.

A check of the State Police RMS system revealed one prior contact with Matthew Milner. On 9-9-02, Milner was issued a summons by Trp. Matthew Salisbury for operating a motor vehicle at 28 mph over the posted speed limit (63 mph in a 35 mph zone on Putnam Pike in Smithfield).

Detectives also made an inquiry with the Smithfield Police Department with regards to Milner which revealed numerous prior contacts, including at least 6 for multiple motor vehicle violations. Smithfield Police also provided a list of associates of Milner's, as well as a list of their associates.

A check of Milner's operator's license at the time of the accident revealed six (6) current suspensions. The following is a list of these suspensions:

1. On 8-26-04 for a period of one month, per order of the court based on his driving record.

2. On 9-16-04 for a period of 2 months, per order of the court based on his driving record.

3. On 9-30-04 for an indefinite period for failure to pay / appear for a RITT hearing.

4. On 9-30-04 for an indefinite period for failure to pay / appear for a RITT hearing.

5. On 10-21-04 for an indefinite period for failure to pay / appear for a RITT hearing.

6. On 10-27-04 for an indefinite period for failure file an accident report.

Milner's driving record also showed at least seven (7) prior moving violations for various offenses. His mailing address was listed as 4 Chiswick Road in Greenville, RI, which is the family residence.