**Exhibit "D"**

**Toxicology Report**

COPY
CONFIDENTIAL
NOT FOR SECONDARY RELEASE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Health
OFFICE OF MEDICAL EXAMINERS
48 Orms Street
Providence, RI 02904-2284
(401) 222-5500
FAX (401) 222-5517

# TOXICOLOGY REPORT

**NAME:** **Matthew Millner**

**Case#:** **3374-05-A** **Age:** **20 years** **Race:** **White** **Sex:** **Male**

**Toxicology testing (see attached Forensic Analysis Summary) was performed on the following samples:**

Postmortem Heart Blood
Postmortem Vitreous

**Results:**

| | | |
|---|---|---|
| Ethanol | | |
| Postmortem Heart Blood | 162 mg/dl | |
| Postmortem Vitreous | 207 mg/dl | |
| Carboxyhemoglobin (Carbon Monoxide) | | |
| Postmortem Heart Blood | <1% COHB | Normal: up to 10% COHB |
| Postmortem Vitreous | Testing not required | |

**No other drugs or volatiles were detected.**

D. Latuszynski 01.27.06.

Dorota Latuszynski, M.D.
Assistant Medical Examiner