**Exhibit "H"**

**William J. Milner's**
**Answer to Interrogatory No. 3**

In addition, at the time of the incident described in the Complaint, did you have in force any additional policies of insurance, typically known as "excess" or "umbrella" policies which cover claims such as or similar to the claim which is the subject matter of this action? If so, for each policy, please state:

a. The name and address of each insurer;
b. The name and address of each insured;
c. The type of policy;
d. The number of each policy;
e. The limits of each policy.

**ANSWER**

a. Allstate Insurance Company;
b. William Milner, Linda Milner, Matthew Milner, William Milner, II.;
c. Effective dates of coverage, May 30, 2005 to November 30, 2005;
d. $250,000.00 each person/$500,000.00 per occurrence;
e. The policy does provide for medical payments coverage, and there is no personal injury protection provision.

There was no excess or umbrella policy in effect on August 13, 2005.

**INTERROGATORY NO. 3.** Please specify all of the other motor vehicles that were owned and/or used by members of your household on August 13, 2005, and please provide the following information as to each:

a.. Year, make, model of motor vehicle;
b. User/owner's name;
c. Name of insurance company providing liability coverage;
d. The effective dates of coverage of each policy; and
e. Whether this policy has a medical payments provision, personal protection insurance provision, or basic reparations benefits.

**ANSWER**. I was the owner of the following motor vehicles as of August 13, 2005:

a. 2005 Lexus RX330;
b. 1997 Lexus LS 400;
c. 2005 Toyota Tacoma;
d. 1996 Honda Accord;
e. 2003 Honda Civic.

All were insured under the Allstate policy identified in my answer to Interrogatory No. 2, with the same effective dates of coverage, limits of liability and medical payments coverage.

**INTERROGATORY NO. 4.** Please provide the name(s) of the insurance company(s) providing the following insurance coverages to you and your family members on August 13, 2005:

a. Home owners coverage;
b. Excess insurance coverage;
c. Umbrella insurance coverage.

Please provide policy numbers and effective dates of coverage for each.

**ANSWER NO. 4.** a. Travelers Insurance, policy number: 947388690, with effective dates of coverage of August 4, 2005 to August 4, 2006;
b. None;
c. None.

William J. Milner
WILLIAM J. MILNER

Subscribed and sworn to before me this 31st day of January, 2006.

Notary Public