**Exhibit "I"**

**William J. Milner's**
**Deposition Transcript**
**(excerpts from)**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

REBECCA L. GUSHLAW, et al.

v. CA. NO. PC05-4468

WILLIAM J. MILNER; ALLSTATE INSURANCE COMPANY; and JOHN DOE

DEPOSITION OF WILLIAM J. MILNER, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, at the offices of Decof & Decof, One Smith Hill, Providence, Rhode Island, on September 12, 2006, before Frances D. Young, Notary Public, convening at 9:28 a.m.

APPEARANCES:

Decof & Decof
BY: Attorney Donna M. Di Donato
Counsel for the Plaintiffs

McKenney, Jeffrey & Quigley
BY: Attorney Peter A. Clarkin
Counsel for the Defendants

FRANCES D. YOUNG
Court Stenographer

Allstate?
A. Yes.
Q. And how was that set up, if you know? Were you the owner, or was Matt designated the owner, or how was that?
A. No, I was the owner, and I think each of my children were on cars. I'm not sure which cars they were all on, but, yeah.
Q. You were the owner of all the cars?
A. I think at that time I had five cars on my policy, and that was one of the five cars.
Q. And it was with Allstate?
A. With Allstate.
Q. And all five cars were on the same policy?
A. All five cars were on the same policy, but technically it came under two numbers because they can only do four on one policy number. So they had another one that just had a slightly different number, but it was the same policy.
Q. Okay. Were you the only named insured on the policy or was your wife and the children listed separately as designated drivers?
A. It was just in my name, I'm almost positive.
Q. And were all of those vehicles housed at your

Greenville address?
A. No, they weren't, no.
Q. Why don't we go through car by car then. Tell me, for instance, which car was yours.
A. I drive a 1997 Lexus.
Q. And that was on the Allstate policy?
A. Right.
Q. And that's something that was housed at your residence?
A. Yes.
Q. And the next vehicle?
A. My wife's is a leased vehicle, but it was still under Allstate. It was a 2005 Lexus.
Q. And that stayed at your residence?
A. That stayed at my residence.
Q. Okay.
A. I have the 1996 Honda Accord. That's at my residence as well.
Q. And who is that for?
A. It's -- right now no one because my two other children, Kelly and Michael, they don't have a driver's license currently. It was for them, but they never obtained their driver's license so therefore it was really waiting for them, but they

just never got their licenses.
Q. Was that car part of the household when Matt died, the Honda Accord, was that at your house?
A. Yes, it was. And then Matthew's car.
Q. Which was the 2003 Honda Civic?
A. Right.
Q. And that was also at your residence?
A. That was also at my residence.
Q. Okay.
A. And the car that was at my residence sometimes, but not always, was the one that my son was driving. And actually we're going to have a timing issue here because he actually bought a brand new pickup truck that night, on August 12. So technically, I mean, I guess -- he had a Jetta, and then he traded it in for that, and he picked it up on August 12.
Q. The Jetta for which son, William?
A. For Billy, yeah, for William.
Q. And that was also housed at your home?
A. Well, he lived with his girlfriend so he was home sometimes and sometimes he wasn't, so he was back and forth.
Q. And you said that on the night of August 12 is the night he traded in the Jetta for a new truck?

A. Right.
Q. And what was that?
A. It's a Toyota Tacoma. It was new.
Q. And again, who would it be registered to?
A. That is registered -- all those vehicles are registered to me.
Q. Including the Toyota Tacoma?
A. Including the Toyota Tacoma, yes.
Q. And that would have been insured through Allstate as well?
A. Everything was insured through Allstate.
Q. Any other vehicles at the time of this accident?
A. No.
Q. Which was the, quote unquote, fifth vehicle that was on another policy, do you know which of the five?
A. Not offhand.
Q. And the policy that was in effect on Matt's car was, as far as you understand it, the same policy with the other vehicles on it?
A. Yes.
Q. And you were the named insured and no one else?
A. Yes.
Q. As far as you know was there any other policy of

insurance on the Honda Civic at the time of this accident?
A. No.
Q. Were there any other car automobile policies of insurance at the time of this incident, of cars in your household?
A. I'm sorry, say it again.
Q. For all the other vehicles besides Matt's were there any other policies of car insurance?
A. No, there was not.
Q. There was just the Allstate one, as far as you know?
A. Yes.
Q. I believe you said that Matt's car, the 2003 Honda Civic, was bought new?
A. Yes, it was.
Q. Was that bought at the time that he became of age to drive?
A. No, that was bought at the time he went to CCRI. That was bought in September of 2003.
Q. Okay. And when did he first get his license?
A. He received his license in -- when he was 16 1/2, so that would have been in 2001. I believe it was July or August. I'm not sure which was the date.

Q. Okay. And he would have been a junior?
A. He would have been going into his junior year, yes.
Q. And back at that time was there a period of time that he was on a learner's permit first, do you remember any of that, or you just remember him actually having a driver's license at 16 1/2?
A. No, he received his -- is that what it's called -- learner's permit?
Q. Probationary license? I don't know what they're called these days.
A. Right. At 16 -- I guess at 16 you can get your learner's permit. At 16 1/2 you can get your license. So normally you go in, you take your test, and then they set you up for your date to take your license.
Q. And he did that first time around, passing it?
A. Yes.
Q. No problems?
A. No, he passed first time.
Q. From the time that he had his license up until the time of the accident was he involved in any other motor vehicle accidents?
A. He was involved in a couple of accidents. I can go through as we go through them. I'm not sure

exactly what they were, but I will as I tell you.
Q. How many accidents were there?
A. He was involved in three. I think that's what it was.
Q. Can you give us information in as far as when?
A. Yeah, I can try to remember what those were. I think when he was either 16 or 17, I don't remember which, but just a small fender-bender with a friend of his, and that, I think, went through the insurance companies.
Q. Was it Allstate at the time?
A. It was Allstate.
Q. Was it his fault?
A. At first it was, but when they re-examined it they said he was not at fault.
Q. And was a lawsuit ever filed or was it just resolved at the insurance company?
A. No, no lawsuit; just very small damages.
Q. Just property damage?
A. To both vehicles, very small.
Q. Okay.
A. When you say accidents, someone backed into his car in a parking lot. You know, I filed a claim against their insurance company. Just a small

claim again, but --
Q. Okay.
A. And Matthew was in an accident where he ran into a mailbox in 2002. And that's the only accidents that I'm aware of.
Q. At any point was his license suspended or revoked or anything like that, as far as you know?
A. There was a suspension in I think it was September -- around September, give or take a little bit, of 2002.
Q. And what was that for?
A. I'm not positive. It may be from the mailbox incident, but I'm not 100 percent sure on that.
Q. When did you learn of that suspension?
A. When he went to the court and told me about that.
Q. Did you go to court with him?
A. No, I did not.
Q. Do you know how long his license was suspended for?
A. It was one to three months. I want to say it was three, but I'm not exactly sure.
Q. And then from what you understand it was reinstated?
A. Yes.
Q. Did he have an attorney for that?