A. I don't know.
Q. But it was your understanding as his parent that it was reinstated?
A. Yes.
Q. Do you know if it was suspended at any other time?
A. I'm pretty sure it was not.
Q. At the time of this accident, which was August of last year, was his license suspended, do you know?
A. On August 2003? I mean on August --
Q. August 2005.
A. -- 2005? No, his license wasn't suspended. As far as I know, it was not suspended.
Q. He hadn't told you of any other suspensions, as far as you know?
A. No, and I don't think there was.
Q. Did Matt own any other vehicles besides the Honda?
A. Well, at one time he had the '96 Honda Accord, and then he wanted to buy the Civic, and then I held onto the Accord for the other children if they had got their licenses, but they just never did.
Q. Is that still true today, they still haven't gotten their licenses?
A. That's true, yes. Michael has a permit.
Q. Do you remember the day of the week that the

accident happened?
A. Yes, it was the wee hours of Saturday, August 13.
Q. Now, on Friday did you work that day?
A. Yes, I did.
Q. And -- at Hasbro?
A. Yes.
Q. What time did you get home that day?
A. I got home right around in the hour of 3:00, 3:30, somewhere around that. I worked till 2, I ran an errand, and went home after. So about an hour after that.
Q. Did Matt work that Friday?
A. I think that he worked that Friday.
Q. At that mortgage company?
A. I think he did.
Q. And Matt was living at home at the time?
A. He was living at home.
Q. Did you see him at all that afternoon?
A. Yeah, when I was home -- I just got home, and I think I was probably fixing a sandwich or something in the kitchen, and he came bounding right in, said hi to me, and was in a very good mood and very friendly.
Q. What time did he get in, 3:30?

A. I would say 3:30, give or take a little bit of time, but very close to that.
Q. All right. And how long did you stay at your residence?
A. Probably still 4:15, 4:30, somewhere in that range.
Q. And then where did you go?
A. I went to play golf.
Q. Do you remember where or with whom?
A. Yeah, it was a golf league I'm in on Friday nights. It was the first year I was involved in it, and it was at Melody Hill in Glocester. Actually, Matthew mentioned that he might come up with me. I just said to him, "Matt, but I got the league going on tonight." Because we were golfing a lot that summer for the first time, and so we made plans to go that weekend.
Q. Was Matt home when you left at 4:15, 4:30?
A. Yes, he was.
Q. Was anyone else home?
A. My wife was home.
Q. Does your wife work or did she at the time?
A. My wife is -- yes, she works. She was working that day. She's a school teacher in North Smithfield High School. She's a language teacher there.

Q. Was she home at the time -- before you left to go play golf?

A. She was home.

Q. When you got home was anyone home?

A. I don't remember.

Q. You get home, Matt comes home first or your wife, if you remember?

A. I don't remember. I know -- I just remember Matt coming in, just the way he just came up the stairs so fast, and what he said to me. And I just remember that part of it. I don't know why I don't remember -- but I know my wife was there because they had sandwiches on the deck. So I don't know if she was there when I got home, or if she -- but she was there before I left, I know that.

Q. Did you or Matt have a chance to discuss any of his plans that evening or that weekend?

A. No. We were just -- that we would play golf again. We had played golf the previous Saturday and Sunday with a friend of mine, and we were going to play again with whoever. We were just every Saturday or Sunday we were going up and playing nine holes in the afternoon.

Q. Did he have a girlfriend at that point?

A. He did. I did not know her at the time.
Q. So you wouldn't even know her name?
A. No, I know her name. Her name is Sammie -- I want to say Felber, but I may be wrong. I have to get back to you on that. I think it's Felber.
Q. Do you know where she lived?
A. She lives in Smithfield.
Q. Do you know how long they had been dating?
A. No, I don't know. Actually, my wife talked to her for the first time a few weeks ago. We didn't really know much about her at the time. Found out afterwards.
Q. So you don't know how long they had been going out?
A. No. I don't think it was for a long time.
Q. So you basically were at home with Matt for about an hour before you left to play golf, is that --
A. I would say that's about right.
Q. And you had no idea of what his plans were --
A. No, actually --
Q. -- that night?
A. No, and he was home when I got home. He was still home when I got home from golf.
Q. Okay. And what time was that?
A. I came home from golf probably around 7:30,

somewhere in that neighborhood, maybe 15 minutes earlier. Billy was there with his girlfriend. Billy had his truck. He had already taken Matt out for a ride in the truck, and he was joking how Matt was joking about how plain and simplistic his truck was.

Q. Matt was --

A. Yeah.

Q. -- joking with Billy?

A. Yes. You know, like the roll-down windows and things like that. And so Matt was home, and Billy took me for a ride, and I went back home, and we sat on the deck. I don't think Matt was out on the deck at the time. He was in and out. And Billy was on the deck, his girlfriend, my wife, myself. I'm not sure where Michael was. He was around.

I'm not sure if I mentioned to you before that Kelly was not living at home at the time. She was not there. She was in and out at different times. So the rest of us were there. And they had been there most of the evening, is my understanding. And then around 8:30 Matt went down the driveway and he said he was going out, and I yelled to him not to be late.

Q. Do you want to take a break?
A. It's all right. So he left around 8:30, somewhere around there.
Q. What time did you get home from golf?
A. Probably 7:15, 7:30. It was still light out when I got home. Pretty light.
Q. Did you all sit down for dinner or whatever or --
A. No. They had eaten sandwiches before I got home, and they had already -- I think Matt had a sandwich when he first came in. He had a couple sandwiches, and he was on the deck playing with the cat, talking to my wife. He was there for quite a while. I think he went out to run an errand for just a short time and came back. My wife went out for a quick errand and came back. But I think for the most part he was there at the house till 8:30 when he walked down the driveway.
Q. Do you know if at any point while he was home he had anything to drink such as alcohol, beer, or anything like that?
A. Not at my house. There's none at my house.
Q. Not at your house?
A. No.
Q. And the errand he went on, you don't know where he

went?
A. Pardon?
Q. The errand you said that he went on, you don't know where he went?
A. No, I don't know where he went. I wasn't home. I'm not sure.
Q. What was the policy at your house regarding drinking?
A. There was no drinking at my house. My wife might have wine, but that was it. No one else drinks at my house. I don't drink.
Q. And the kids weren't allowed to drink at your house?
A. No, no. No, my kids, as far as I know, have never had a drink at my house. There's really never alcohol at my house. Once in a while my wife will get a small bottle of wine, and that's it at my house.
Q. Have you with any of your children, but particularly Matt, have you experienced through high school and college or, like you said, Matt went to college for one semester, but while he was working, you know, sneaking beer or something into the house and you finding it later on or your wife