UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>-vs.-<br><br>WILLIAM J. MILNER,<br>REBECCA L. GUSHLAW, Individually and as Natural Parent, Next Friend and Guardian of JASMINE M. JOHNSON (minor),<br>PRESTON E. JOHNSON (minor),<br>TREVOR A. JOHNSON (minor),<br>COLBEY J. JOHNSON (minor),<br>REBECCA L. GUSHLAW, and<br>JUDITH GUSHLAW, as Co-Administrators of the Estate of ELDRICK L. JOHNSON<br><br>Defendants | C.A. NO.: PC07-126 ML |

**DEFENDANTS REBECCA L. GUSHLAW, ET ALS AND JUDITH GUSHLAW'S OBJECTION TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACT**

Pursuant to Local Rule 56(a), Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson, dispute the following paragraphs listed in Plaintiff The Standard Fire Insurance Company's Statement of Undisputed Fact:

15. Disputed. The quote from the insurance policy is accurate; however, the statement that the quotation from the policy is "clear and unambiguous" is the subject of this Motion for Summary Judgment and Objection and is central to the dispute presented.

16. Disputed. The quote from the insurance policy is accurate; however, the statement that the quotation from the policy is "clear and unambiguous" is the subject of this Motion for Summary Judgment and Objection and is central to the dispute presented.

17. Disputed. The quote from the insurance policy is accurate; however, the statement that the quotation from the policy is "clear and unambiguous" is the subject of this Motion for Summary Judgment and Objection and is central to the dispute presented.

18. Disputed. The quote from the insurance policy is accurate; however, the statement that the quotation from the policy is "clear and unambiguous" is the subject of this Motion for Summary Judgment and Objection and is central to the dispute presented.

19. Disputed. The quote from the insurance policy is accurate; however, the statement that the quotation from the policy is "clear and unambiguous" is the subject of this Motion for Summary Judgment and Objection and is central to the dispute presented.

Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson

By their Attorneys

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel. (401) 272-1110
Fax (401) 351-6641

/s/Donna M. Di Donato
Donna M. Di Donato Bar #3078

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States Court for its distribution to all counsel of record this 20th day of November, 2007.

/s/Donna M. Di Donato

Gushlaw/Federal P003