UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE COMPANY )
)
)
Plaintiff )
)
-vs.- ) C.A. NO.: PC07-126 ML
)
WILLIAM J. MILNER, )
REBECCA L. GUSHLAW, Individually and )
as Natural Parent, Next Friend and Guardian of )
JASMINE M. JOHNSON (minor), )
PRESTON E. JOHNSON (minor), )
TREVOR A. JOHNSON (minor), )
COLBEY J. JOHNSON (minor), )
REBECCA L. GUSHLAW, and )
JUDITH GUSHLAW, as Co-Administrators of )
the Estate of ELDRICK L. JOHNSON )
)
Defendants )

**DEFENDANTS REBECCA L. GUSHLAW, ET ALS AND JUDITH GUSHLAW'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56(a), Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson, state the following as undisputed facts in support of their Objection to Plaintiff's Motion for Summary Judgement:

1. Decedent Matthew J. Milner had a poor driving record as evidenced by his Rhode Island Driving Abstract (Exhibit "C" – Driving Abstract).

2. Decedent Matthew J. Milner's license to operate a motor vehicle was suspended at the time of this subject matter motor vehicle accident (Exhibit "A" – Driving Abstract).

3. Defendant William J. Milner knew of his son's prior driving history (Exhibit "I" – deposition transcript, pp. 24-25).

4. Defendant William J. Milner knew or had reason to know of his son's poor driving record (Exhibit "I" – pp. 24-25).

5. Defendant William J. Milner allowed his son to leave his home on the night of the subject matter accident (Exhibit "I" – pg. 31).

6. Defendant William J. Milner took no steps to stop his son from driving on 8/12/05 – 8/13/05 (Exhibit "I" – pp. 27 – 30).

Defendants Rebecca L. Gushlaw, Individually and as Natural Parent, Next Friend, and Guardian of Jasmine M. Johnson (minor), Preston E. Johnson (minor), Trevor A. Johnson (minor), Colbey J. Johnson (minor), and Rebecca L. Gushlaw and Judith Gushlaw, as Co-Administrators of the Estate of Eldrick L. Johnson

By their Attorneys

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel. (401) 272-1110
Fax (401) 351-6641

/s/Donna M. Di Donato
Donna M. Di Donato Bar #3078

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States Court for its distribution to all counsel of record this 20th day of November, 2007.

/s/Donna M. Di Donato

Gushlaw/Federal P004