# Exhibit "A"

## Rhode Island State Police
## Narrative of Trooper Hartwell

NARRATIVE FOR TROOPER SCOTT L HARTWELL

Ref: 05RIX3-369-OF

On Saturday, 08/13/05, at approximately 1:30 am, Troopers Ruggiero, Hartwell responded, at the request of Scituate Police Department, to a 2 car motor vehicle accident on Plainfield Pike, in the Town of Scituate. Upon arrival, Troopers met with Scituate Police Chief Mack, Sergeant Pendergast, and Sergeant Goolgasian. Troopers were advised that shortly before the accident, Glocester Police had terminated a pursuit of a vehicle, and, that one of the vehicles involved in the accident may have, in fact, been the same vehicle involved in the pursuit. The specifics of the accident are as follows (see 05RIX3-344-AC):

Vehicle #1, after eluding Glocester Police, and shortly thereafter passing a vehicle (see witness) in a no-passing zone, was traveling south, at a high rate of speed, on Plainfield Pike, in the Town of Scituate, just south of the intersection known as "Crazy Corners" (where Route 102, Route 14, and Rockland Road meet/merge). Vehicle #2 was traveling north on Plainfield Pike, in the Town of Scituate, approaching "Crazy Corners". At a point, approximately 100 feet south of "Crazy Corners", Vehicle #1 crossed the center line, and struck, with its front driver's side, Vehicle #2 in the front driver's side. Vehicle #1 subsequently veered off of the west shoulder, traveled down the embankment, and came to rest, facing north. Vehicle #2 came to rest with its rear end against the guard rail on the east shoulder, facing to the west. The operator of Vehicle #1 was ejected, and was located beneath the driver's side of Vehicle #1. The operator of Vehicle #2 was trapped in his vehicle, and had to be extricated by Scituate Fire and Rescue.

<u>Vehicle #1</u>
Operator: Matthew J. Milner
DOB: 01/28/85
Address: 4 Chiswick Road
Smithfield, RI 02896
Reg: RI passenger reg 61356
Make: Honda
Model: Civic
Yr: 2003
OPERATOR PRONOUNCED DEAD AT THE SCENE

<u>Vehicle #2</u>
Operator: Eldrick Johnson
DOB: 07/08/69
Address: 29 North Main Street, Apt. #3
Bradford, RI 02808
Reg: ET-473
Make: Dodge
Model: Caravan
Yr: 1995
OPERATOR TRANSPORTED FROM SCENE BY SCITUATE RESCUE, PRONOUNCED DEAD ON ARRIVAL AT RI HOSPITAL

<u>Uninvolved/Third Party Witness</u>
Christopher Shardlow
DOB: [redacted]