# Exhibit "C"

# Driving Abstract

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DIVISION OF MOTOR VEHICLES



COPY

DRIVING RECORD ABSTRACT AS OF 01/31/2006

ICENSE
STATE RI
NUMBER 2112918
NAME MILNER
MATTHEW J

SSN - -
DOB 01/28/1985
SEX MALE

RESIDENCE ADDRESS
4 CHISWICK RD
GREENVILLE RI 02828

LICENSE INFO
CLASS OPERATOR
EXPIRE 01/28/2008
STATUS SUS REST

AIL TO MATTHEW J MILNER
4 CHISWICK RD
GREENVILLE RI 02828

| CT DATE | SUMMONS CASE # | FINE | DESCRIPTION CDL INFORMATION | JAIL SEV | PERIOD COURT | COURSE END CONVICT |
|---|---|---|---|---|---|---|
| 08/13/2005 | 0511238 | | AA - SCITUATE | | | |
| 10/27/2004 | 04-10554 | | FAIL.FILE ACCIDENT REPO | | IND | |
| 10/21/2004 | 01411015133 | | FAIL APPEAR/PAY | | IND | |
| 09/30/2004 | 01411014733 | | FAIL APPEAR/PAY | | IND | |
| 09/30/2004 | 01411014732 | | FAIL APPEAR/PAY | | IND | |
| 09/16/2004 | 01411015133 | | DRIVE RECORD-COURT ORDE | | 02MO | |
| 08/26/2004 | 01411014732 | | DRIVE RECORD-COURT ORDE | | 01MO | |
| 08/05/2004 | 0410554 | | AP - PROVIDENCE | | | |
| 07/08/2004 | 01411015133 | 100.00 | CARE IN STARTING FROM S | | ADM | 09/01/2004 |
| 06/24/2004 | 01411014733 | 100.00 | IMMEDIATE NOTICE OF ACC | | ADM | 08/11/2004 |
| 06/24/2004 | 01411014732 | 75.00 | REASONABLE & PRUDENT SP | | ADM | 08/11/2004 |
| 06/24/2004 | 01411014732 | 75.00 | LANED ROADWAY VIOLATION | | ADM | 08/11/2004 |
| 04/17/2004 | 01411009113 | 75.00 | CONDITNS REQ.REDUCE SPE | | ADM | 06/09/2004 |
| 11/26/2003 | 01411008048 | 75.00 | SPEEDING (1-10 MPH OVER | | ADM | 01/14/2004 |
| 09/09/2002 | 01001077205 | 250.00 | SPEEDING (11+ MPH OVER) | | ADM | 10/21/2002 |

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

FEB 01 2006

31 Charles F Dolan

EQUEST
BY/CODE MHT FEE $16
EMARKS IND MAIL#6
=REIN D=DENY R=REVO A=ACC E=EDUC V=VIOL S=SUSP N=SURR C=CANC Q=DISQ O=OTHR
For criminal case information use www.courts.ri.gov to view the records online