# Exhibit "F"

## William J. Milner' Auto Policy
## Declaration Sheet

**Allstate Insurance Company**

## AMENDED

# Auto Policy Declarations

## Summary

**NAMED INSURED(S)**
William J Milner
4 Chiswick Rd
Greenville RI 02828-2521

**YOUR ALLSTATE AGENT IS**
Donald Dambrough Jr
(401) 949-5090

Bx549 559 Putnam Pk
Greenville RI 02828

**YOUR BILL**
lists your payment options.

**POLICY NUMBER**
9 19 251840 11/30

**POLICY PERIOD**
May 30, 2005 to Nov. 30, 2005 at 12:01 a.m. standard time

**DRIVER(S) LISTED**
Linda
William
Williamii
Matthew

**DRIVER(S) EXCLUDED**
None

| VEHICLES COVERED | VEHICLE ID NUMBER | LIENHOLDER |
|---|---|---|
| 1. 03 Honda Civic | SHHEP33533U406997 | American Honda Fin Corp (Retail) |

## Total Premium

| | |
|---|---|
| Premium for 03 Honda Civic | $792.80 |
| Premium for Additional Coverages | Charged on policy 0 19 695060 |
| Rhode Island Auto Theft and Insurance Fraud Assessment | $0.25 |
| **TOTAL** | **$793.05** |

✓ ***Your total premium reflects a combined discount of $348.00***

***Your Policy Effective Date is May 30, 2005***

AUTO *010003805081703001870402*

Information as of
August 17, 2005



RI010AMD