# EXHIBIT 8
# William Milner Deposition - suspension issue

BOSTON CLAIM JAN 26 2007

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC.
SUPERIOR COURT

REBECCA L. GUSHLAW, et al.

v.

CA. NO. PC05-4468

WILLIAM J. MILNER; ALLSTATE INSURANCE COMPANY; and JOHN DOE

**DEPOSITION OF WILLIAM J. MILNER**, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, at the offices of Decof & Decof, One Smith Hill, Providence, Rhode Island, on September 12, 2006, before Frances D. Young, Notary Public, convening at 9:28 a.m.

**APPEARANCES**:

Decof & Decof
BY: Attorney Donna M. Di Donato
Counsel for the Plaintiffs

McKenney, Jeffrey & Quigley
BY: Attorney Peter A. Clarkin
Counsel for the Defendants

COPY

FRANCES D. YOUNG
Court Stenographer

claim again, but --
Q. Okay.
A. And Matthew was in an accident where he ran into a mailbox in 2002. And that's the only accidents that I'm aware of.
Q. At any point was his license suspended or revoked or anything like that, as far as you know?
A. There was a suspension in I think it was September -- around September, give or take a little bit, of 2002.
Q. And what was that for?
A. I'm not positive. It may be from the mailbox incident, but I'm not 100 percent sure on that.
Q. When did you learn of that suspension?
A. When he went to the court and told me about that.
Q. Did you go to court with him?
A. No, I did not.
Q. Do you know how long his license was suspended for?
A. It was one to three months. I want to say it was three, but I'm not exactly sure.
Q. And then from what you understand it was reinstated?
A. Yes.
Q. Did he have an attorney for that?

A. I don't know.
Q. But it was your understanding as his parent that it was reinstated?
A. Yes.
Q. Do you know if it was suspended at any other time?
A. I'm pretty sure it was not.
Q. At the time of this accident, which was August of last year, was his license suspended, do you know?
A. On August 2003? I mean on August --
Q. August 2005.
A. -- 2005? No, his license wasn't suspended. As far as I know, it was not suspended.
Q. He hadn't told you of any other suspensions, as far as you know?
A. No, and I don't think there was.
Q. Did Matt own any other vehicles besides the Honda?
A. Well, at one time he had the '96 Honda Accord, and then he wanted to buy the Civic, and then I held onto the Accord for the other children if they had got their licenses, but they just never did.
Q. Is that still true today, they still haven't gotten their licenses?
A. That's true, yes. Michael has a permit.
Q. Do you remember the day of the week that the