UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br><br>WILLIAM J. MILNER, REBECCA L. GUSHLAW, Individually and as Natural Parent, Next Friend and Guardian of JASMINE M. JOHNSON, PRESTON E. JOHNSON, TREVOR A. JOHNSON, and COLBEY J. JOHNSON (minors); and REBECCA L. GUSHLAW and JUDITH GUSHLAW, as Co-Administrators of the Estate of ELDRICK L. JOHNSON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 07-126 ML |

**THE STANDARD FIRE INSURANCE COMPANY'S OBJECTIONS TO REBECCA GUSHLAW, ET ALS, and JUDITH GUSHLAW'S STATEMENT OF UNDISPUTED FACT**

Plaintiff The Standard Fire Insurance Company (Standard Fire) objects to Rebecca Gushlaw, et als, and Judith Gushlaw's statement of undisputed fact, docketed as Document # 18, and states the following:

**Objection to paragraphs 1-6:** As to each individual alleged undisputed fact, Standard Fire disputes and denies that these are "undisputed facts."

THE STANDARD FIRE INSURANCE COMPANY,
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 5th day of December, 2007.

/ s / Paul Sullivan

______________________________

Paul V. Sullivan