# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE
COMPANY,
Plaintiff,

v. C.A. 07-126ML

WILLIAM J. MILNER,
REBECCA L. GUSHLAW, Individually and
as Natural Parent, Next Friend and Guardian of
JASMINE M. JOHNSON (minor),
PRESTON E. JOHNSON (minor),
TREVOR A. JOHNSON (minor), and
COLBEY J. JOHNSON (minor); and
REBECCA L. GUSHLAW and JUDITH GUSHLAW,
as Co-Administrators of the Estate of
ELDRICK L. JOHNSON,
Defendants.

## JUDGMENT

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for PLAINTIFF against all DEFENDANTS, pursuant to the oral Bench Decision issued in open court on January 3, 2008, GRANTING the Plaintiff's Motion for Summary Judgment.**

Enter: [signature]
Deputy Clerk

DATED: January 3, 2008